# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>SCOTT R. BROUILLETTE<br>DEBTOR | CASE NO.  22-10535<br>CHAPTER 13 |

## WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ("Movant"), by and through its legal counsel, hereby withdraws its Motion for Relief from Automatic Stay and Co-Debtor Stay (Doc. No. 58) filed on February 23, 2024.

This 20th day of January, 2025.

/s/Richard T. Mulligan
Jeffrey J. Hardiman, MA Bar No. 649855
Richard T. Mulligan, MA Bar No. 567602
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
NEWENGLANDBKR@brockandscott.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

IN RE:  
SCOTT R. BROUILLETTE  
          DEBTOR

CASE NO. 22-10535  
CHAPTER 13

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal Of Motion For Relief From Automatic Stay has been electronically served or mailed, postage prepaid on this day to the following:

SCOTT R. BROUILLETTE  
14 AZEL ROAD  
EAST FREETOWN, MA 02717

Peter M. Daigle, Debtor's Attorney  
1550 Falmouth Road  
Suite 10  
Centerville, MA 02632  
pmdaigleesq@yahoo.com

STACEY P. BROUILLETTE, Co-Debtor  
14 AZEL ROAD  
EAST FREETOWN, MA 02717

Carolyn Bankowski-13-12, Bankruptcy Trustee  
P. O. Box 8250  
Boston, MA 02114

Office of the US Trustee, US Trustee  
J.W. McCormack Post Office & Courthouse  
5 Post Office Sq., 10th Fl, Suite 1000  
Boston, MA 02109

Town of Freetown  
Attn: Tax Department  
3 North Main St.  
Assonet, MA 02702

<u>Date:  January 20, 2025</u>

<u>*/s/Richard T. Mulligan*</u>
Jeffrey J. Hardiman, MA Bar No. 649855
Richard T. Mulligan, MA Bar No. 567602
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
NEWENGLANDBKR@brockandscott.com